IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAN COULTER,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )   Civil Action No. 12-641<br>) |
| ALLEGHENY COUNTY BAR<br>ASSOCIATION, et al.,<br>    Defendants. | )<br>)<br>)<br>) |

ORDER

AND NOW, this 14 day of June, 2012, after the plaintiff, Jean Coulter, filed an amended complaint in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, and upon independent review of the Magistrate Judge's Supplemental Report and Recommendation (Docket No. 5), which is adopted as the opinion of this Court,

IT IS ORDERED that the Amended Complaint (Docket No. 4) is dismissed for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
Gary L. Lancaster
Chief United States District Judge