IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEAN COULTER,            )
    Plaintiff,           )
                         )
    vs.                  )     Civil Action No. 12-641
                         )
ALLEGHENY COUNTY BAR     )
ASSOCIATION, et al.,     )
    Defendants.          )

## O R D E R

AND NOW, this *14* day of June, 2012, after the plaintiff, Jean Coulter, filed an

amended complaint in the above-captioned case, and after a Report and Recommendation was

filed by the United States Magistrate Judge granting the parties a period of time after being

served with a copy to file written objections thereto, and upon consideration of the objections

filed by the plaintiff, and upon independent review of the Magistrate Judge's Supplemental

Report and Recommendation (Docket No. 5), which is adopted as the opinion of this Court,

        IT IS ORDERED that the Amended Complaint (Docket No. 4) is dismissed for

lack of subject matter jurisdiction.

        IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure if the plaintiff desires to appeal from this Order she must do so within thirty

(30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

Gary L. Lancaster
Chief United States District Judge