IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAN COULTER,<br>    Plaintiff,<br><br>v.<br><br>ALLEGHENY COUNTY BAR<br>ASSOCIATION, ET AL.,<br>    Defendants. | Civil Action No. 12-641 |

ORDER

Plaintiff Jean Coulter has appealed the non-dispositive text-only order, dated June 13, 2012, entered by United States Magistrate Judge Robert C. Mitchell [document #10]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72. Therefore, this 20 day of June, 2012, IT IS HEREBY ORDERED that plaintiff's appeal is DENIED and the order referred to is AFFIRMED.

BY THE COURT:

_____, C.J.

cc: The Honorable Robert C. Mitchell,
United States Magistrate Judge

Jean Coulter
4000 Presidential Boulevard
Apartment #507
Philadelphia, PA 19131